IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOHN SIDNEY RUPPERSBERGER, | ) | CIVIL 11-00145-ACK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ROSARIO MAE RAMOS; | ) | |
| JOHN DOES 1-50; JANE DOES | ) | |
| 1-50; DOE PARTNERSHIPS | ) | |
| 1-50; DOE CORPORATIONS | ) | |
| 1-50; DOE ENTITIES 1-50; AND | ) | |
| DOE GOVERNMENTAL | ) | |
| UNITS 1-50, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July

07, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United

States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND

RECOMMENDATION TO GRANT PLAINTIFF'S MOTION TO ENFORCE

SETTLEMENT AGREEMENT," docket entry no. 51, are adopted as the opinion and

order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 27, 2015



Alan C. Kay
Senior United States District Judge